CASE# M8235 AKA W8353 (2008)
W8353(2009) Appeal Court # 01-08-00502-cr. 8-17-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 21 2015
Abel Acosta, Clerk

Clerk — Mr. Acosta.     73,718-02,03

Sir Can you send to the Docket sheets on cases......

Cause# 1118235-B   &  1118235-C
WR-73-,718-02  &  WR-73,718-03

These cases are one and the same 11:07. How they've got 2 numbers is purely my fault. However to do these writ pro-se I did not properly file the paper works like a certified attorney could of. And now the case is being mishandled and misfeasored. I don't use/have an attorney. So please assist as much as you can in providing me with "due process" access to Court issues. I need the Docket sheets to this case... filed recently.

R. Salazar